```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 26299
    TERRY D CATES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2106

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/01/2005 and was confirmed 12/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
BANK OF AMERICA NA       CURRENT MORTG         .00            .00            .00
BANK OF AMERICA NA       MORTGAGE ARRE     8660.28            .00        8660.28
CITIFINANCIAL            CURRENT MORTG         .00            .00            .00
COOK COUNTY TREASURER    SECURED             23.85            .00          23.85
ROBERT J ADAMS & ASSOC   PRIORITY       NOT FILED             .00            .00
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED          540.38            .00         540.38
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      210.00            .00         210.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      2,200.00                      2,200.00
TOM VAUGHN               TRUSTEE                                          688.53
DEBTOR REFUND            REFUND                                           775.46

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               13,098.50

PRIORITY                                        210.00
SECURED                                       8,684.13
UNSECURED                                       540.38
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            688.53
DEBTOR REFUND                                   775.46
                      ---------------       ---------------
TOTALS                13,098.50              13,098.50
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE